■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH HAYES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered August 20, 1984, convicting him of criminal possession of a weapon in the third degree, reckless endangerment in the first degree, attempted assault in the third degree, and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions, the evidence was legally sufficient to support his convictions of the crimes charged *(see, Jackson v Virginia,* 443 US 307, 319; *People v Contes,* 60 NY2d 620, 621; *People v Bauer,* 113 AD2d 543, 548). Moreover, upon the exercise of our factual review power, we are satisfied that the defendant's guilt was established beyond a reasonable doubt and that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's motion to set aside the verdict was untimely *(see, People v Satloff,* 56 NY2d 745, 746); in any event, it was without merit *(People v Tucker,* 55 NY2d 1, 4).

The summation was not objected to (CPL 470.05 [2]; *People v Dordal,* 55 NY2d 954, 956) and therefore any claimed error was not preserved for appellate review. In any event, the court's *sua sponte* curative charge effectively dispelled any prejudice *(see, People v Galloway,* 54 NY2d 396, 399).

Finally, we have considered the defendant's remaining con-

tentions and find them to be without merit. Mangano, J. P., Thompson, Kunzeman and Harwood, JJ., concur.